IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BINJIAN DONG** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 25-7182** |
| | : | |
| **MICHAEL ROSE, KRISTI NOEM, TODD M. LYONS, JAMAL LAWRENCE JAMISON, PAMELA BONDI** | : : : : | |

# ORDER

**AND NOW**, this 19th day of December 2025, upon reviewing Plaintiff's counseled Petition for habeas relief (ECF 1) seeking prompt release unless Defendants timely hold a bond hearing under section 1226(a), and finding good cause to maintain and resolve the vested justiciability of Plaintiff's claim in a timely manner, it is **ORDERED** we:

1. **DIRECT** Plaintiff immediately serve the Petition (ECF 1) and this Order upon Defendants and file an affidavit confirming service by no later than **Noon** on **December 22, 2025**;

2. **GRANT** Defendants leave to respond to the Petition (ECF 1) compliant with our Policies by no later than **Noon** on **December 24, 2025**;

3. **PRECLUDE** Defendants from altering Plaintiff's custody including affecting his continuing presence in this District until further Order; and,

4. **CONFIRM** the filing of this Order on Friday, **December 19, 2025 at 4:00 PM EST**.

                                                           **KEARNEY, J.**